**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Antonio Dewayne FRAZIER,
Defendant–Appellant.**

No. 05–40600.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Antonio Dewayne Frazier, Three Rivers, TX, pro se.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Antonio Dewayne Frazier, federal prisoner # 46222–079, was convicted of conspiracy to possess with the intent to distribute more than five kilograms of cocaine and 50 grams or more of cocaine base and was sentenced to 402 months of imprisonment. Frazier filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 in 2001, which was dismissed as time-barred. Frazier filed a second § 2255 motion in 2005, arguing that his sentence was unconstitutional in light of the decision in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The district court dismissed Frazier's motion as an unauthorized successive § 2255 motion but granted a certificate of appealability (COA) on the issue whether *Booker* is retroactively applicable to cases on collateral review.

*Booker* does not apply retroactively to cases on initial collateral review. *United States v. Gentry,* 432 F.3d 600, 604 (5th Cir.2005). Further, *Booker* is not a ground for filing a successive § 2255 motion. *In re Elwood,* 408 F.3d 211, 213 (5th Cir.2005).

Accordingly, the judgment of the district court is AFFIRMED. Frazier's motion to stay proceedings is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.